IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 08-198 |
| | ) | |
| ADAM DOUGLAS LEICHLITER | ) | |

ORDER

AND NOW, to wit, this 30th day of September, 2008, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Government's Motion Pursuant to United States Sentencing Guidelines Section 5K1.1 filed in the above-captioned case, is hereby sealed until further Order of Court.

_____
UNITED STATES DISTRICT JUDGE

cc: Jay J. Finkelstein, Esquire
    Defense Counsel